# United States District Court

## EASTERN DISTRICT OF LOUISIANA

USM

UNITED STATES OF AMERICA

V.   **WARRANT FOR ARREST**

DERIAN JOHNSON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2007 AUG 27 PM 4:43
LORETTA G. WHYTE
CLERK

CASE NUMBER: CR 00-114 G

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Derian Johnson** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment     ( ) Information     ( ) Complaint     (X) Order of Court     ( ) Probation Violation Petition     ( ) Supervised Release Violation Petition     ( ) Violation Notice

charging him or her with Violation of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

*Signature of Issuing Officer*
P. Hebert
(By) Deputy Clerk

**August 24, 2007   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____   by _____
Name of Judicial Officer

— Fee
— Process
X Dktd
— CtRmDep
— Doc. No

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 8-24-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-27-07 | Raymon [illegible] DUSM | [signature] |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender : DERIAN JOHNSON                    Case Number : 053L 2:00CR00114-001G

Name of Sentencing Judicial Officer : Honorable Morey L. Sear

Offense : 18 USC 922(g) and 924(a)(2) - Felon in possession of a firearm

Date of Sentence : October 04, 2000

Sentence : Fifty-seven months in the custody of the Bureau of Prisons, to be followed by a three years of supervised release. A $100.00 special assessment fee was also ordered.

Special Conditions :

1. Drug testing/treatment
2. Mental health treatment
3. Orientation and life skills

Type of Supervision :    Supervised Release           Date Supervision Commenced : October 15, 2004
Assistant U.S. Attorney :   Tracey Knight              Defense Attorney : Gary Schwabe FPD

---

### PETITIONING THE COURT

[ X ] To issue a warrant to be held in abeyance                    [ ] To issue a summons

For the arrest of Derian Johnson for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On October 6, 2006, Derian Johnson was arrested by personnel of the United States Marshals Office in Houston, Texas, pursuant to a warrant issued on October 5, 2006, by the United States District Court, Eastern District of Louisiana, under Case No. 06-194 MAG for conspiracy to possess with intent to distribute cocaine hydrochloride.<br><br>On November 7, 2006, Johnson appeared before United States Magistrate Judge Louis Moore, Jr., for his Initial Appearance Hearing, at which time he was ordered to be detained pending a detention hearing. On November 14, 2006, Johnson appeared before Judge Louis Moore for his detention hearing at which time he was ordered to be detained pending trial. A trial date has not been scheduled as Johnson is currently undergoing psychological testing and evaluation. |
| Mandatory Condition | On March 1, 2005, Johnson was arrested by personnel of the Jefferson Parish Sheriff's Office and charged with possession with intent to distribute crack cocaine, possession of a firearm in relation to a drug offense, and possession of a firearm by a convicted felon. |

This case is set for a motion hearing on August 21, 2007.

| | |
|---|---|
| Standard Condition No. 1 | Johnson left the Eastern District of Louisiana without permission of the Court or this probation officer. On or about October 6, 2006, Johnson was arrested by the U.S. Marshalls in Houston, Texas. Johnson did not request permission to travel out of the state. |
| Standard Condition No. 9 | Johnson associated with a convicted felon, namely, Jermaine Mitchell, who is also on federal supervised release in the Eastern District of Louisiana. Johnson and Mitchell were together when they were arrested in Houston, Texas, on outstanding drug warrants. |

**CUSTODIAL STATUS :**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2007

_____
Daryl A. Naquin
U.S. Probation Officer

REVIEWED BY:

_____
Matthew G. Arseneaux
Supervising U. S. Probation Officer

**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/23/07
Date

CLERK'S OFFICE
A TRUE COPY
AUG 2 4 2007
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Address of Offender:    Derian Johnson is in the custody of the United States Marshals at this time

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
    Original          - Clerk's Office
    1 Copy Certified  - U.S. Attorney
    1 Copy Certified  - U.S. Marshal's Office
    2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING