MINUTE ENTRY
AFRICK, J.
NOVEMBER 28, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-114 |
| DERIAN JOHNSON | SECTION " C" |

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL _____
   X  ASSISTANT U.S. ATTORNEY  TRACEY KNIGHT
   X  PROBATION OFFICER  DARYL A. NAQUIN
   __ INTERPRETER _____ SWORN
   (TIME: ____.M to ____.M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION)/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
__ / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR *Defendant is to serve a federal sentence. Detention hearing not needed at this time.*

**X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN**

JS-10: : 06

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No_____