UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER: 00-114

DERIAN JOHNSON                          SECTION: "G"

ORDER

IT IS ORDERED that the above-captioned matter be re-allotted to another section of this Court.

New Orleans, Louisiana, this 3 day of December 2007.

_____
HELEN G. BERRIGAN
CHIEF JUDGE

NOV 28 2007

REALLOTTED TO
SECT. C

___ Fee ____
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No ____