UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-114 |
| v. | * | SECTION: "C" |
| DERIAN JOHNSON | * | |
| | * * * | |

**RULE TO REVOKE SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On October 4, 2000, defendant, DERIAN JOHNSON was sentenced for violating Title 18, United States Code, Sections 922(g) and 924(a)(2), by the Honorable Morey L. Sear.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

III.

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

WHEREFORE, the government prays that the defendant DERIAN JOHNSON be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why his supervised release should not be revoked, for violation of the terms and conditions of his supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

  s/Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney
LA. Bar Roll No. 23165
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3080

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

s/Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney