UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. : 00-114** |
| **v.** | * | **SECTION: "C"** |
| **DERIAN JOHNSON** | * | |
| | * * * | |

## O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the defendant DERIAN JOHNSON show cause before the Court at _____.m., on the _____ day of _____, why supervised release granted to him on October 4, 2000 should not be revoked.

New Orleans, Louisiana, this ____ day of December, 2007.

_____
**UNITED STATES DISTRICT JUDGE**