UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. : 00-114 |
| v. | * | SECTION: "C" |
| DERIAN JOHNSON | * | |

\* \* \*

### O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the defendant DERIAN JOHNSON show cause before the Court at 9:00 a.m., on the 9th day of January 2008, why supervised release granted to him on October 4, 2000 should not be revoked.

New Orleans, Louisiana, this 6th day of December, 2007.

_____
**UNITED STATES DISTRICT JUDGE**