UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following criminal matters set for January 9, 2008, are hereby RESET to be held on **Tuesday, January 8, 2008, at 9:00 a.m.**

| | |
|---|---|
| 00-114 | UNITED STATES OF AMERICA V DERIAN JOHNSON<br>Rule to Revoke Supervised Release |
| 06-056 | UNITED STATES OF AMERICA V DAMENION SIMS<br>Rearraignment |
| 06-147 | UNITED STATES OF AMERICA V DARREN LAURENT<br>Sentencing |
| 07-100 | UNITED STATES OF AMERICA V JOSHUA WATSON<br>Sentencing |
| 07-100 | UNITED STATES OF AMERICA V KELVIN MARSHALL<br>Sentencing |

New Orleans, Louisiana, this 11th day of December 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE