**MINUTE ENTRY**
**BERRIGAN, J.**
**JANUARY 8, 2008**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                      **NUMBER: 00-114**

**DERIAN JOHNSON**                              **SECTION: "C"**


### RULE TO REVOKE SUPERVISED RELEASE


**APPEARANCES:**     Tracey Knight, Asst. U.S. Attorney
                     Warren Montgomery, Counsel for Defendant
                     Daryl A. Naquin, U. S. Probation Officer


**COURT REPORTER:**     David Zarek
**COURTROOM DEPUTY:**  Kimberly County




Case called; all present & ready.
ORDERED - Supervised Release revoked; deft sentenced to custody of Bureau of Prisons for
24 months to run consecutively to the sentence imposed under docket no. 06-294 "L".
Deft remanded to USM.
Court adjourned.


JS-10:  00:03