✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| EASTERN | District of | LOUISIANA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| DERIAN JOHNSON | |
|---|---|
| | Case Number:    053L 2:00CR00114-001 "C" |
| | USM Number:    27016-034 |
| | WARREN MONTGOMERY |
| | Defendant's Attorney |

## THE DEFENDANT:

X  admitted guilt to violation of conditions  as specified in the Rule to Revoke  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Johnson pled guilty to conspiracy to possess with intent to distribute 500 grams of cocaine hydrochloride and cocaine base | September 24, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    xxx-xx-1075

Defendant's Date of Birth:    December 28, 1977

Defendant's Residence Address:
3803 Alton Street

Metairie, Louisiana  70001

JANUARY 8, 2008
Date of Imposition of Judgment

_____
Signature of Judge

HELEN G. BERRIGAN, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

JANUARY 8, 2008
Date

**COURT REPORTER:**       **DAVID ZAREK**

**U. S. ATTORNEY:**        **TRACEY KNIGHT**

**PROBATION OFFICER:**    **DARRYL A. NAQUIN**

**COURTROOM DEPUTY:**     **KIMBERLY COUNTY**

**CERTIFIED AS A TRUE COPY
ON THIS DATE_____
BY_____
        Deputy Clerk**

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

DEFENDANT:          DERIAN JOHNSON
CASE NUMBER:        053L 2:00CR00114-001 "C"

Judgment — Page __2__ of ___2___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 MONTHS TO RUN CONSECUTIVELY TO THE SENTENCE IMPOSED IN THE EASTERN DISTRICT OF LOUISIANA, UNDER DOCKET NO. 06-294 "L"**

The court makes the following recommendations to the Bureau of Prisons:

**X**  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m.  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
**UNITED STATES MARSHAL**

By _____
**DEPUTY UNITED STATES MARSHAL**